STATE OF CONNECTICUT *v.* CHE CARTER

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 58 (AC 12839), is granted, limited to the following issue:

"Was the Appellate Court correct in holding that the defendant was not entitled to a jury instruction on the law of self-defense?"

The Supreme Court docket number is SC 14934.

*John R. Williams,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided May 25, 1994

DOUGLAS JOHNSON *v.* COMMISSIONER OF CORRECTION

The petitioner Douglas Johnson's petition for certification for appeal from the Appellate Court, 34 Conn. App. 153 (AC 12146), is denied.

*Donald Dakers,* special public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided May 25, 1994